THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Lee Clayton,       
Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-616
Submitted August 20, 2003  Filed 
 October 21, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Robert Lee Clayton was tried 
 in absentia for charges in connection with an armed robbery at 
 the Guesthouse Inn on January 10, 2002.  The jury found him guilty of armed 
 robbery and possession of a weapon during the commission of a violent crime.  
 At the opening of the sealed sentence, Clayton was sentenced fifteen years for 
 armed robbery and five years, concurrent, for possession of a weapon during 
 the commission of a violent crime.  Additionally, Clayton pled guilty to attempted 
 second degree burglary for attempting to break into the Guesthouse Inn again 
 on January 20, 2002.  The judge sentenced him to ten years, concurrent to his 
 other sentences.  Claytons appellate counsel filed a brief pursuant to Anders 
 v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition 
 to be relieved from representation, asserting there are no directly appealable 
 issues of arguable merit.  Clayton filed a pro se response with 
 the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.